

## NUMBERS 13-17-00693-CV, 13-17-00694-CV, 13-17-00695-CV, 13-17-00696-CV, 13-17-00697-CV, AND 13-17-00698-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

STEVE W. PARK, AGENT FOR TEXAS
DRP, LLC DBA A-ACTION BAIL BONDS,                                    Appellant,

v.

THE STATE OF TEXAS,                                                              Appellee.

### On appeal from the County Court at Law
### of Aransas County, Texas.

## ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Order Per Curiam

Appellant's retained counsel, Gabi S. Canales, has filed an amended motion to withdraw as counsel and to extend the deadline to file appellant's brief in these causes. We GRANT said motion. Pursuant to Rule 6.5(c) of the Texas Rules of Appellate

Procedure, counsel is directed to notify appellant, in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court.

Appellant's brief in these causes is now due to be filed in this Court on October 8, 2018. If appellant fails to timely file a brief, the Court may dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8.

Appellant is directed to notify the Court promptly if he retains new counsel on appeal by filing a notice including that attorney's name, mailing address, email address, telephone number, facsimile number, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6.

It is so ORDERED.

PER CURIAM

Delivered and filed the
28th day of August, 2018.